UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GABRIELLA BASS,

                Plaintiff,

v.

DESALES MEDIA GROUP, INC., CATHOLIC DIOCESE OF BROOKLYN d/b/a SAINTS PETER & PAUL – EPIPHANY PARISH –

                Defendant.

Case No.: 18-cv-05990 (LDH-SMG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

ECF Case

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Gabriella Bass and defendants DeSales Media Group, Inc., by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: December 13, 2019            Dated: December 13, 2019

/s/ Richard Liebowitz
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff*

/s/ Joseph C. Gioconda
Joseph Gioconda
GIOCONDA LAW GROUP PLLC
100 Park Avenue, 16th Floor
New York, NY 10017
(212) 235-1220

*Attorneys for Defendant DeSales Media Group, Inc.*

Date: 12/16/2019

SO ORDERED:

s/ LDH

Hon. LaShann DeArcy Hall
United States District Court for the
Eastern District of New York